1  BARRY J. PORTMAN
   Federal Public Defender
2  COLLEEN MARTIN
   Assistant Federal Public Defender
3  555 - 12th Street, Suite 650
   Oakland, California 94607
4  Telephone: (510) 637-3500

5  Counsel for Defendant RAMIREZ-RUIZ

6

7
                    IN THE UNITED STATES DISTRICT COURT
8
                 FOR THE NORTHERN DISTRICT OF CALIFORNIA
9

10
   UNITED STATES OF AMERICA,        )      No. 4-08-70388  WDB
11                                   )
                    Plaintiff,       )
12                                   )
   vs.                               )      NOTICE OF SUBSTITUTION OF
13                                   )      ATTORNEY
   JAVIER RAMIREZ-RUIZ,              )
14                                   )
                    Defendant.       )
15  _____)

16        The Federal Public Defender was previously appointed as counsel for defendant in the

17  above captioned case pending before the Court.  Pursuant to Criminal Local Rule 44-2 (a),

18  undersigned counsel, Assistant Federal Public Defender Colleen Martin, enters her general

19  appearance for defendant in place of Assistant Federal Public Defender Jerome Matthews.

20  Counsel's contact information is listed above.

21
   Dated: June 30, 2008
22                                        Respectfully submitted,

23                                        BARRY J. PORTMAN
                                          Federal Public Defender
24
                                          /S/
25
                                          COLLEEN MARTIN
26                                        Assistant Federal Public Defender

Notice of Substitution of Attorney          1