1  JOSEPH P. RUSSONIELLO (CASBN 44332)
   United States Attorney

2

3  BRIAN J. STRETCH (CASBN 163973)
   Chief, Criminal Division

4  WADE M. RHYNE (CASBN 216799)
   Assistant United States Attorney

5
       1301 Clay Street, Suite 340-S
6      Oakland, California 94612
       Telephone:  (510) 637-3639
7      Facsimile:  (510) 637-3724
       E-Mail:     wade.rhyne@usdoj.gov

8

9  Attorneys for Plaintiff

10               UNITED STATES DISTRICT COURT

11             NORTHERN DISTRICT OF CALIFORNIA

12                    OAKLAND DIVISION

13  UNITED STATES OF AMERICA,      )      No.  CR-08-70388
                                   )
14         Plaintiff,              )
                                   )
15     v.                          )      NOTICE OF SUBSTITUTION OF
                                   )      ATTORNEY
16  JAVIER RAMIREZ-RUIZ,           )
                                   )
17         Defendant.              )
    _____    )

18

19     Please take notice that as of June 30, 2008, the Assistant United States Attorney

20  whose name, address, telephone number and e-mail address listed below is assigned to be

21  counsel for the government.

22                     WADE M. RHYNE
                 Assistant United States Attorney
23                 1301 Clay Street; Suite 340S
                   Oakland, California 94612
24                 Telephone:  (510) 637-3639
                   Facsimile:  (510) 637-3724
25               E-Mail: wade.rhyne@usdoj.gov

26     The Clerk is requested to change the docket sheet and other court records so as to

27  reflect that all orders and communications from the court will in the future be directed to

28  ////


    SUBSTITUTION OF ATTORNEY

1  AUSA Wade M. Rhyne at the above mailing address, telephone number, facsimile

2  number and e-mail address.

3

4
   DATED:  June 30, 2008                    Respectfully submitted,
5
                                            JOSEPH P. RUSSONIELLO
6                                           United States Attorney

7

8                                           _____/s/_____
                                            WADE M. RHYNE
9                                           Assistant United States Attorney

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

SUBSTITUTION OF ATTORNEY